IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRIAN L. GRIFFITH,

Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY, a
Delaware corporation;

Defendant.

4:24CV3239

ORDER

This matter is before the Court on the parties' joint stipulation of dismissal with prejudice. (Filing No. 44). Having considered the matter, the Court will accept the joint stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 13th day of May, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge